IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| W. JAMES KERNAGHAN, II | : | |
| & | : | CIVIL ACTION |
| ON TARGET ACQUISITION, LLC | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| AMERICAN TOWER CORP., | : | |
| & | : | |
| METRO PCS COMMUNICATIONS, INC. | : | NO: 09-4371 |
|     Defendants. | : | |

## ORDER

AND NOW, this __8th__ day of September, 2010, upon consideration of Defendant Metro PCS Communications, Inc.'s Motion for Summary Judgment (Doc. No. 22), the Response of Plaintiffs W. James Kernaghan, II, and On Target Acquisition, (Doc. No. 24), and Defendant's Reply (Doc. No. 25), it is HEREBY ORDERED that the Motion is GRANTED.

JUDGMENT IS ENTERED in favor of Defendant Metro PCS and against Plaintiffs.

    BY THE COURT:

    /s/ Lynne A. Sitarski
    LYNNE A. SITARSKI
    UNITED STATES MAGISTRATE JUDGE